THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ROCHEL,<br><br>          Plaintiff,<br><br>     v.<br><br>THE HOLLAND, INC. d/b/a BURGERVILLE, and DOES 1-10, Inclusive,<br><br>          Defendants. | No. C05 5164 RJB<br><br>**UNOPPOSED MOTION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING**<br><br>**Note on Motion Calendar: June 30, 2005**<br><br>[Oral Argument Not Requested] |

MOTION

Defendant moves this Court for an order resetting the deadline for defendants' responsive pleading from June 30, 2005 to July 29, 2005.  Counsel for The Holland, Inc. ("defendant") has conferred with plaintiff's counsel regarding this motion.  Plaintiff consents to the filing of this motion and agrees to the proposed deadline.

The change in the deadline is necessary because the parties need to finalize documentation memorializing a settlement reached in this matter on June 29, 2005.  In accordance with the Older Workers' Benefit Protection Act, the plaintiff has seven days from the

--------

--------

--------

UNOPPOSED MOTION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING - 1

1  execution of the Settlement Agreement in which to revoke the Agreement.  The parties intend to

2  file a Stipulated Notice of Dismissal as soon as that period has run.

3      DATED:  June 30, 2005.

4

5

6                                              STOEL RIVES LLP

7

8                                              _____/s/ JENNIFER K.T. WARNER_____
                                                Jennifer K. T. Warner, WSBA No. 32910
9                                              (503) 294-9553

10                                             Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNOPPOSED MOTION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS'
RESPONSIVE PLEADING - 2

## ORDER

**THIS MATTER** came before the Court on the foregoing Unopposed Motion. The Court has reviewed the Unopposed Motion and, finding that the same is made for good cause, the Court hereby,

**ORDERS** that the deadline for defendants' pleading in response to plaintiff's Complaint shall be extended from June 30, 2005 to July 29, 2005.

**IT IS SO ORDERED** this 5th day of July, 2005.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Court Judge

UNOPPOSED MOTION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING - 3

Portlnd3-1521234.1 0035615-00039

**STOEL RIVES** LLP
ATTORNEYS
900 SW Fifth Avenue, Suite 2600, Portland, OR 97204
*Telephone (503) 224-3380*

## CERTIFICATE OF SERVICE

I hereby certify that in the date set forth below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following person:

**Mary A. Betker**
attorneymary@aol.com

_____
Jennifer K. T. Warner, WSBA No. 32910
(503) 294-9553
E-mail:  jkwarner@stoel.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**- 1