THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ROCHEL,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HOLLAND, INC. d/b/a BURGERVILLE, and DOES 1-10, Inclusive,<br><br>        Defendants. | No. C05 5164 RJB<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a), the parties hereby stipulate that this case is dismissed with prejudice and without costs or attorneys' fees to any party.

**IT IS SO STIPULATED.**

                                                          STOEL RIVES LLP

| | |
|---|---|
| /s/ Mary A. Betker<br>Mary A. Betker, WSBA No. 30429<br>Attorney for Plaintiff<br>Date: July 11, 2005 | /s/ Jennifer K.T. Warner<br>Jennifer K.T. Warner, WSBA No. 32910<br>Attorneys for Defendant<br>Date: July 14, 2005 |

**PAGE 1 - STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED. |
| 3 | DATED this 14th day of July, 2005. |
| 4 | |
| 5 | ROBERT J. BRYAN |
| | United States District Judge |
| 6 | |
| 7 | |
| 8 | Presented by: |
| 9 | STOEL RIVES LLP |
| 10 | |
| 11 | /s/ Jennifer K.T. Warner |
| | Jennifer K.T. Warner, WSBA No. 32910 |
| 12 | Attorneys for Defendant |

- 2 **ORDER OF DISMISSAL WITH PREJUDICE**